UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

STEVE HAAG,

                Plaintiff,

v.
                                    **STIPULATION OF DISMISSAL WITH PREJUDICE**
                                    5:10-cv-77 (NPM/ATB)

CITY OF SYRACUSE and DET. MICHAEL
MUSENGO, in his Individual Capacity

                Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED**, being that no party hereto is an infant or incompetent, by and among the undersigned counsel for all parties that, the Plaintiff's action is dismissed against Defendant City of Syracuse, with prejudice and without costs to any party.

Dated: October 24, 2011

    Mary Anne Doherty,
    Corporation Counsel
    Attorney for Defendants

By: *[signature]*                                 *[signature]*

James P. McGinty                            Brian P. Barrett, Esq.
Senior Assistant Corporation Counsel       Attorney for Plaintiff
Bar Roll No. 601102                          Bar Roll No. 514001
Office of the Corporation Counsel            72 Olympic Drive
300 City Hall                                       Lake Placid, New York 12946
Syracuse, New York 13202                 518.523.1555
315.448.400

                                              SO ORDERED *[signature]*

11/28/11                                      Hon. Andrew T. Baxter,
                                              Magistrate Judge