UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STEVE HAAG,

              Plaintiff,

                              STIPULATION OF DISMISSAL
                              WITH PREJUDICE
                              5:10-CV-77 (NPM/ATB)

CITY OF SYRACUSE and DET. MICHAEL
MUSENGO, in his Individual Capacity,

              Defendants.

    IT IS HEREBY STIPULATED AND AGREED, being that no party is an infant or incompetent, by and among the undersigned counsel for all parties that, the Plaintiff's action is dismissed against all defendants, including Defendant City of Syracuse and Defendant Detective Michael Musengo both in his official and individual capacity, with prejudice and without costs to any party.[1]

Dated:      January 26, 2012

            Mary Anne Doherty
            Corporation Counsel
            Attorney for Defendants

_/s/ James P. McGinty_                        _/s/ B.P. Barrett_
James P. McGinty                                Brian P. Barrett
Senior Assistant Corporation Counsel    Attorney for Plaintiff
Bar Roll No. 601102                   Bar Roll No. 514001
Office of the Corporation Counsel       72 Olympic Drive
300 City Hall                                    Lake Placid, NY 12946
Syracuse, NY 13202                    (518) 523-1555
(315) 448-8400

                                    IT IS SO ORDERED:

                                    _/s/ Neal P. McCurn_
                                    Neal P. McCurn
                                    Senior United States District Judge
                                    Dated: March 14, 2012
                                        Syracuse, NY

---

[1] This is a supplemental stipulation as the parties inadvertently neglected to include Det. Musengo in the original stipulation of dismissal.