UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STEVE HAAG,

            Plaintiff,

                        STIPULATION OF DISMISSAL
                        WITH PREJUDICE
                        5:10-CV-77 (NPM/ATB)

CITY OF SYRACUSE and DET. MICHAEL
MUSENGO, in his Individual Capacity,

            Defendants.

---

    IT IS HEREBY STIPULATED AND AGREED, being that no party is an infant or incompetent, by and among the undersigned counsel for all parties that, the Plaintiff's action is dismissed against all defendants, including Defendant City of Syracuse and Defendant Detective Michael Musengo both in his official and individual capacity, with prejudice and without costs to any party.[1]

Dated:    January 26, 2012

           Mary Anne Doherty
           Corporation Counsel
           Attorney for Defendants

*/s/ James P. McGinty*                                 */s/ Brian P. Barrett*
James P. McGinty                            Brian P. Barrett
Senior Assistant Corporation Counsel     Attorney for Plaintiff
Bar Roll No. 601102                    Bar Roll No. 514001
Office of the Corporation Counsel       72 Olympic Drive
300 City Hall                                Lake Placid, NY 12946
Syracuse, NY 13202                    (518) 523-1555
(315) 448-8400

                                        IT IS SO ORDERED:

                                        */s/ Neal P. McCurn*
                                        Neal P. McCurn
                                        Senior United States District Judge
                                        Dated: March 14, 2012
                                             Syracuse, NY

---

[1] This is a supplemental stipulation as the parties inadvertently neglected to include Det. Musengo in the original stipulation of dismissal.